

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>CARLOS RAMIREZ-RODRIGUEZ<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-MJ-00306-DUTY<br><br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _February 14_, _2018_, at _2:30_  ☐ a.m. / ☒ p.m. before the Honorable _Duty Judge_, in Courtroom _341_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _February 9, 2018_       _Karen L. Stevenson_

U.S. District Judge/Magistrate Judge

---